IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Carlean Dates,

    Appellant(s)

vs.

HSBC U.S.A. N.A.,

    Appellee(s).

Case Number: 1:16cv1037

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 5, 2017 a Report and Recommendations (Doc. 10). Subsequently, the appellee filed objections to such Report and Recommendation (Doc. 11) and the appellant filed a response to the objections.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

The Court finds that the Bankruptcy Court articulated specific reasons for the decision supported by the evidence of record and applicable law. Therefore, the decision of the Bankruptcy Court denying Dates' Motion for Reconsideration is AFFIRMED. This case is hereby TERMINATED from the docket.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court